

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2025

No. 04-25-00477-CV

**IN RE U-HAUL CO. OF TEXAS**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                Lori Massey Brissette, Justice
                Velia J. Meza, Justice

Relator filed its petition for writ of mandamus and motion for stay on July 24, 2025. Relator subsequently filed a motion to abate this proceeding pending settlement discussions between itself and the real party in interest. We granted the motion to abate and ordered relator to file an advisory with this court regarding the status of settlement negotiations no later than October 23, 2025. Relator has complied with that order advising this court that the underlying matter has settled and filed an unopposed motion to dismiss this proceeding. We **GRANT** relator's motion to dismiss. This petition for writ of mandamus is **DISMISSED**.

It is so **ORDERED** on October 29, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2023-CI-07977, styled *Lawra Tioveh v. U-Haul Co. of Texas and Gideon Azaah,*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.